IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
|     v. | ) |
| | ) |
| **FEDERAL BUREAU OF** | ) |
| **INVESTIGATION,** | ) |
| 935 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Ave NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| **NATIONAL ARCHIVES AND RECORDS** | ) |
| **ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
| **OFFICE OF THE DIRECTOR OF** | ) |
| **NATIONAL INTELLIGENCE,** | ) |
| Office of Strategic Communications | ) |
| Washington, D.C. 20511 | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT

    1.    Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF JUSTICE, NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, and OFFICE OF THE

DIRECTOR OF NATIONAL INTELLIGENCE, to comply with Plaintiffs' FOIA requests and produce records regarding threats received, correspondence, and other documents pertaining to the federal government's investigation of former President Trump and the removal of Presidential records—including classified records—from the White House to Mar-a-Lago, potentially in violation of federal law.  In violation of FOIA, Defendants have failed to issue a determination for the expedited requests and have failed to produce records.

## PARTIES

2.  Plaintiff JASON LEOPOLD is an investigative reporter at Bloomberg News and is one of the FOIA requesters in this case.

3.  Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News.  Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.  Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

5.  Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.

6.  Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

7.  Defendant OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE ("ODNI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

8. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

9. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## PLAINTIFFS' FOIA REQUEST TO FBI (THREATS RECEIVED)

10. On August 17, 2022, Plaintiffs submitted a FOIA request to FBI for "[t]hreat assessments, domestic intelligence bulletins, final intelligence reports, open source reports, emails, memos, letters referring to threats (threats of violence, death threats) against FBI agents and officials related since August 8, 2022 related to the FBI's search of Mar- a-Lago" and "[t]he same types of records referring to protests planned at FBI headquarters and field offices that were planned and staged in response to the FBI's search of Mar-a-Lago." A true and correct copy of the FBI FOIA portal's confirmation email that quotes the FOIA request is attached as Exhibit 1.

11. Plaintiffs sought expedited processing for the request.

12. On September 6, 2022, FBI acknowledged receipt and assigned reference number 1558644-000 to the request. A true and correct copy of FBI's acknowledgement letter is attached as Exhibit 2.

13. On September 6, 2022, FBI granted expedited processing of the request. A true and correct copy of FBI's letter granting expedited processing is attached as Exhibit 3.

14. As of the date of this filing, FBI has not issued a determination.

15. As of the date of this filing, FBI has failed to produce records responsive to the request.

## PLAINTIFFS' TWO FOIA REQUESTS TO DOJ

***A. August 18, 2022 Request to DOJ's Office of Attorney General, Office of Deputy Attorney General, Office of Public Affairs, Office of Information Policy, and Office of Legislative Affairs regarding Truth Social***

16. On August 18, 2022, Plaintiffs submitted a FOIA request to DOJ's Office of Attorney General, Office of Deputy Attorney General, Office of Public Affairs, Office of Information Policy, and Office of Legislative Affairs for "[e]mails (including attachments) letters, memos and text messages, reports, intelligence bulletins, and threat assessments, mentioning or referring to former President Donald Trump's public responses, including responses he posted on his social media platform Truth Social, to the August 8, 2022 search of his Mar-a-Lago residence by the FBI to retrieve presidential records, some that were identified as classified" and 2) "[e]mails, memos, letters and text messages, talking points referring to the drafting of the public statement made by Attorney General Merrick Garland and decisions to have the attorney general make a statement and appear live in front of the public about the FBI search of Mar-a-Lago." A true and correct copy of the FOIA request that Plaintiffs submitted to DOJ via its online FOIA portal is attached as Exhibit 4.

17. Plaintiffs sought expedited processing for the request.

18. On August 31, 2022, DOJ acknowledged receipt and assigned reference number[1] FOIA-2022-01777 to the request. A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 5.

19. DOJ granted expedited processing of the request.

---

[1] Although DOJ's acknowledgement letter shows "FOIA-2020-01777" as the reference number, DOJ's online FOIA portal shows "FOIA-2022-01777" as the reference number.  *See* Exhibit 4.

***B. August 23, 2022 FOIA Request to DOJ's National Security Division (NSD) for correspondence between DOJ's NSD, DOJ's Office of Legal Counsel, and NARA***

20. On August 23, 2022, Plaintiffs submitted a FOIA request to NSD for "[e]mails, text messages, letters, memos, sent and received by the Justice Department's National Security Division personnel to and from former NARA Director David Ferriero, Acting Director Debra Wall, and NARA counsel Gary Stern, and officials at the Department of Justice Office of Legal Counsel, the Office of the attorney General, the White House Counsel's Office relating or referring to the Presidential Records Act, Federal Records Act, Executive Privilege, the Trump White House and records stored at Mar-a-Lago that were recovered by NARA after former President Donald Trump left office."  A true and correct copy of the Plaintiff's FOIA request is attached as Exhibit 6.

21. Plaintiffs sought expedited processing for the request.

22. On September 1, 2022, DOJ acknowledged receipt and assigned reference number FOIA/PA #22-334 to the request.  A true and correct copy of DOJ's acknowledgement letter is attached as Exhibit 7.

23. DOJ granted expedited processing of the request.

24. As of the date of this filing, DOJ and its components have not issued a determination for the two above-referenced requests.

25. As of the date of this filing, DOJ and its components have failed to produce records responsive to the  two above-referenced requests.

### PLAINTIFFS' FOIA REQUEST TO NARA (KASH PATEL)

26. On August 25, 2022, Plaintiffs submitted a FOIA request to NARA for "[a]ll records, such as talking points, emails (including attachments), memos, letters, text messages, mentioning or referring to the June 19, 2022 letter from former President Trump addressed to

Acting Archivist Debra Wall in which he designated Kash Patel and journalist John Solomon 'as my representatives for access to Presidential records of my administration[.]'" A true and correct copy of the FOIA request is attached as Exhibit 8.

27. Plaintiffs sought expedited processing for the request.

28. On August 26, 2022, NARA acknowledged receipt and assigned reference number NGC22-836 to the request. A true and correct copy of NARA's email acknowledging receipt of the request is attached as Exhibit 9.

29. On September 8, 2022, NARA granted expedited processing for the request.[2] A true and correct copy of NARA's letter granting expediting processing for the request is attached as Exhibit 10.

30. As of the date of this filing, NARA has not issued a determination for the request.

31. As of the date of this filing, NARA has failed to produce records responsive to the request.

**PLAINTIFFS' FOIA REQUEST TO ODNI (RISK ASSESSMENTS)**

32. On September 1, 2022, Plaintiffs submitted a FOIA request to ODNI for the following records:

> [1] All emails, text messages, letters, memos, reports, referrals, PowerPoint Slides, bulletins, talking points, ODNI received from the Department of Justice National Security Division, DOJ's Criminal Division, the Office of Attorney General, and the Office of Legal Counsel relating to referring to risk assessments and damage assessments associated with the discovery of the classified and top secret records recovered from former President Trump's residence at Mar-a-Lago in 2022; and any responses ODNI sent back to the agencies. The records I seek would contain discussions about having ODNI conduct a risk assessment or damage assessment, would constitute any formal requests for a risk or damage assessment and would also mention any equities other government agencies have in the records retrieved from Mar-a-Lago. The timeframe for this part of the request is February 1, 2022 through the

---

[2] NARA issued a single letter granting expedited processing to three requests, which were submitted separately. Of those three, only NGC22-836 is at issue in this case.

date the search for responsive records is conducted. Please omit news clippings and press releases from the search; [and]

[2] All records, such as emails, memos, letters, text messages, reports, PowerPoint slides, ODNI sent and received to Intelligence Community agencies relating or referring to top secret and classified records retrieved from Mar-a-Lago and assessments measuring the risk and damage to national security and intelligence.

A true and correct copy of the FOIA request is attached as Exhibit 11.

33. Plaintiffs sought expedited processing for the request.

34. On September 8, 2022, ODNI acknowledged receipt and assigned reference number DF-2022-00402 to the request. A true and correct copy of ODNI's acknowledgement letter is attached as Exhibit 12.

35. ODNI granted expedited processing of the request.

36. As of the date of this filing, ODNI has not issued a determination for the request.

37. As of the date of this filing, ODNI has failed to produce records responsive to the request.

**COUNT I – AUGUST 17, 2022 FOIA REQUEST TO FBI (THREATS RECEIVED), FBI'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

38. The above paragraphs are incorporated by reference.

39. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

40. Defendant FBI is a federal agency subject to FOIA.

41. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

42. Defendant FBI has failed to issue a determination within the statutory deadline.

**COUNT II – AUGUST 17, 2022 FOIA REQUEST TO FBI (THREATS RECEIVED), FBI'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

43. The above paragraphs are incorporated by reference.

44. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

45. Defendant FBI is a federal agency subject to FOIA.

46. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

47. Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

**COUNT III – AUGUST 10, 2022 FOIA REQUEST TO FBI (THREATS RECEIVED), FBI'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

48. The above paragraphs are incorporated by reference.

49. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

50. Defendant FBI is a federal agency subject to FOIA.

51. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

52. Defendant FBI has failed to produce records responsive to the request.

**COUNT IV – AUGUST 18, 2022 FOIA REQUEST TO DOJ (TRUTH SOCIAL), DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

53. The above paragraphs are incorporated by reference.

54. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

55. Defendant DOJ is a federal agency subject to FOIA.

56. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

57. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT V – AUGUST 18, 2022 FOIA REQUEST TO DOJ (TRUTH SOCIAL), DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

58. The above paragraphs are incorporated by reference.

59. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

60. Defendant DOJ is a federal agency subject to FOIA.

61. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

62. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

**COUNT VI – AUGUST 18, 2022 FOIA REQUEST TO DOJ (TRUTH SOCIAL), DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

63. The above paragraphs are incorporated by reference.

64. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

65. Defendant DOJ is a federal agency subject to FOIA.

66. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

67. Defendant DOJ has failed to produce records responsive to the request.

**COUNT VII – AUGUST 23, 2022 FOIA REQUEST TO DOJ (CORRESPONDENCE), DOJ'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

68. The above paragraphs are incorporated by reference.

69. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

70. Defendant DOJ is a federal agency subject to FOIA.

71. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

72. Defendant DOJ has failed to issue a determination within the statutory deadline.

**COUNT VIII – AUGUST 23, 2022 FOIA REQUEST TO DOJ (CORRESPONDENCE), DOJ'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

73. The above paragraphs are incorporated by reference.

74. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

75. Defendant DOJ is a federal agency subject to FOIA.

76. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

77. Defendant DOJ has failed to conduct a reasonable search for records responsive to the request.

**COUNT IX – AUGUST 23, 2022 FOIA REQUEST TO DOJ (CORRESPONDENCE), DOJ'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

78. The above paragraphs are incorporated by reference.

79. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

80. Defendant DOJ is a federal agency subject to FOIA.

81. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

82. Defendant DOJ has failed to produce records responsive to the request.

**COUNT X – AUGUST 25, 2022 FOIA REQUEST TO NARA (KASH PATEL)**
**NARA'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION**

83. The above paragraphs are incorporated by reference.

84. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

85. Defendant NARA is a federal agency subject to FOIA.

86. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

87. Defendant NARA has failed to issue a determination within the statutory deadline.

**COUNT XI – AUGUST 25, 2022 FOIA REQUEST TO NARA (KASH PATEL),**
**NARA'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH**

88. The above paragraphs are incorporated by reference.

89. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

90. Defendant NARA is a federal agency subject to FOIA.

91. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

92. Defendant NARA has failed to conduct a reasonable search for records responsive to the request.

**COUNT XII – AUGUST 25, 2022 FOIA REQUEST TO NARA (KASH PATEL)**
**NARA'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

93. The above paragraphs are incorporated by reference.

94. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

95. Defendant NARA is a federal agency subject to FOIA.

96. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

97. Defendant NARA has failed to produce records responsive to the request.

### COUNT XIII – SEPTEMBER 1, 2022 FOIA REQUEST TO ODNI (RISK ASSESSMENTS), ODNI'S FOIA VIOLATION: FAILURE TO ISSUE A DETERMINATION

98. The above paragraphs are incorporated by reference.

99. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

100. Defendant ODNI is a federal agency subject to FOIA.

101. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

102. Defendant ODNI has failed to issue a determination within the statutory deadline.

### COUNT XIV – SEPTEMBER 1, 2022 FOIA REQUEST TO ODNI (RISK ASSESSMENTS), ODNI'S FOIA VIOLATION: FAILURE TO CONDUCT A REASONABLE SEARCH

103. The above paragraphs are incorporated by reference.

104. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

105. Defendant ODNI is a federal agency subject to FOIA.

106. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

107. Defendant ODNI has failed to conduct a reasonable search for records responsive to the request.

**COUNT XV – SEPTEMBER 1, 2022 FOIA REQUEST TO ODNI
(RISK ASSESSMENTS),
ODNI'S FOIA VIOLATION: FAILURE TO PRODUCE RECORDS**

108. The above paragraphs are incorporated by reference.

109. Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

110. Defendant ODNI is a federal agency subject to FOIA.

111. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

112. Defendant ODNI has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

  i. declare that Defendants have violated FOIA;

  ii. order Defendants to conduct a reasonable search for records responsive to the requests;

  iii. order Defendants to produce all non-exempt requested records or portions of records promptly;

  iv. enjoin Defendants from withholding non-exempt public records under FOIA;

  v. award Plaintiffs attorneys' fees and costs; and

  vi. award such other relief the Court considers appropriate.

Dated:  October 5, 2022

            RESPECTFULLY SUBMITTED,

            */s/ Matthew V. Topic*

            Attorneys for Plaintiffs
            JASON LEOPOLD,
            BLOOMBERG L.P.

            Matthew Topic, D.C. Bar No. IL0037
            Josh Loevy, D.C. Bar No. IL0105
            Merrick Wayne, D.C. Bar No. IL0058
            Shelley Geiszler, D.C. Bar No. IL 0087
            LOEVY & LOEVY
            311 N. Aberdeen, Third Floor
            Chicago, IL 60607
            (312) 243-5900
            foia@loevy.com