IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD, et al.,

    Plaintiffs,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

Civil Action No. 1:22–cv–03012–JMC

**RESPONSE TO THE COURT'S NOVEMBER 14, 2022 MINUTE ORDER**

The parties respectfully submit the instant response to the Court's November 14, 2022 Minute Order, requiring them to submit by today a joint schedule for further proceedings in this matter.

**Plaintiffs' Position**

Defendant's responses to Plaintiff's FOIA requests were due over three months ago. For each request at issue in this case, Defendants granted expedited processing. Dkt. 1, ¶ Nos. 13, 19, 23, 29, 35. With one exception[1], Defendants have not issued any determinations or processed any records, nor have they identified any legal basis to continue delaying processing of the requests further. Given Defendants' agreement that these requests warrant expedited processing, the Court should order Defendants to process at least 1000 pages per agency per month with a first production to occur in 30 days. To the extent there is a need for consultations or to assert

---

[1] NARA has begun processing records responsive to one portion of Plaintiff's request, and producing records to its online reading room. In Plaintiff's other FOIA suits against NARA, the Parties have agreed that Defendant will begin processing any remaining responsive records after it completes its reading room productions.

exemptions for ongoing investigations, agencies routinely do so in connection with their monthly processing and there is no reason Defendants cannot do so here.

**Defendants' Position and Motion to Extend Time for Submission of a Schedule for Further Proceedings**

Defendants the Federal Bureau of Investigation ("FBI"), the U.S. Department of Justice ("DOJ"), the National Archives and Records Administration ("NARA"), and the Office of the Director of National Intelligence ("ODNI"), (collectively, "Defendants") have been diligently working to address the Plaintiff's FOIA requests. With respect to the August 18, 2022 FOIA request to DOJ, on November 15, 2022, DOJ's Office of Information Policy proposed parameters for the scope of the search for potentially responsive records. The parties further discussed that proposal on November 28, 2022, and are continuing to confer regarding the scope of that search.

As to the other facets of Plaintiff's requests: as reflected in the Complaint and the Answer, Plaintiff's requests implicate the ongoing criminal investigation involving classified documents and other presidential records. Determining how best to address Plaintiff's requests in light of the ongoing criminal investigation, as well as the large number of related FOIA requests the Government has received,[2] is requiring considerable interagency and

---

[2] Indeed, several of those requests have come from Plaintiff Jason Leopold. For example, Plaintiff Jason Leopold has filed four FOIA lawsuits against NARA related to the 15 boxes of records received by NARA from former President Donald Trump's Mar-a-Lago estate, covering 10 FOIA requests. *See Leopold v. Nat'l Archives & Records Admin*, No. 1:22-cv-01922-RDM (D.D.C. July 1, 2022); *Leopold v. Nat'l Archives & Records Admin*, No. 1:22-cv-02999-RC (D.D.C. Oct. 4, 2022); *Leopold v. Fed. Bureau Investigation,* No. 1:22-cv-03009-JMC (D.D.C. Oct. 5, 2022); *Leopold v. Fed. Bureau Investigation*, No. 1:22-cv-03012-JMC (D.D.C. Oct. 5, 2022).

Since NARA's processing has been less impacted by the ongoing criminal investigation than that of its co-defendants, the agency has been able to move forward with processing records

interdepartmental coordination.  While Defendants have undertaken that process, additional time will be necessary to complete their efforts, and Defendants respectfully request that the Court extend the deadline to submit a schedule for further proceedings in this matter to allow an additional thirty days in which to coordinate their response.  They further propose that the Court order that they provide a status report by December 28, 2022, by which time they anticipate they will be better positioned to propose a path forward in this case.

Respectfully submitted this 28th day of November, 2022.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for Defendants*

*/s/ Josh Loevy*
JOSH LOEVY, D.C. Bar #IL0105

---

responsive to Plaintiff's requests. NARA has processed Plaintiff's and other FOIA requests related to the 15 boxes of records in a categorical manner, identifying categories of information covered by the requests and processing each category until all requested subject matter has been processed. So far, NARA has provided interim responses to Jason Leopold covering approximately 2,500 pages of 15-boxes-related records, and the agency anticipates completing processing of more than 2,000 pages in December.

MATTHEW TOPIC, D.C. Bar #IL0037
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiffs*