IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, *et al.*, <br><br> Defendants. | Civil Action No. 1:22–cv–03012–JMC |

**JOINT STATUS REPORT**

The parties respectfully submit the instant response to the Court's January 18, 2023 Minute Order, which provides that the parties submit additional updates today proposing processing schedules for the National Security Division ("NSD") of the Justice Department and the Office of the Director of National Intelligence ("ODNI"). The parties respectfully propose that NSD and ODNI provide Plaintiff final responses to his Freedom of Information Act ("FOIA") request within 90 days and 60 days, respectively, except any consults or referrals still outstanding at that point.

For ODNI, 140 records were identified as responsive from its initial searches; 40 of those records have already been sent for referrals, and another 26 will need to be sent out. The rest require consults, and will be sent out for consultation by February 10. From ODNI's supplemental search, 84 records were identified as potentially responsive, but they need to be reviewed to check for duplicates. For this set, ODNI will need 60 days to complete their processing, except any consultations or referrals still outstanding at that point.

For NSD, although the volume of potentially responsive records is as yet uncertain, there appear to be nearly 2300 potentially responsive pages at this point. NSD proposes to process any responsive materials within 90 days. As noted above, this would not include materials that need to be referred or sent out for consultation..

**Defendants' Additional Updates**

Pursuant to this Court's December 12, 2022 Minute Order, the Office of Information Policy ("OIP") of the U.S. Department of Justice can report that it has reviewed for responsiveness over 500 pages located by its search. Moreover, OIP and Plaintiff had further discussions clarifying the scope of part 1 of Plaintiff's request to OIP and on January 17, 2023, OIP relayed to Plaintiff its understanding of the scope resulting from those discussions, requesting Plaintiff identify any concerns with OIP's understanding. On January 24, Plaintiff confirmed his agreement with OIP's understanding. Lastly, OIP can further report that on January 26, 2023, it provided Plaintiff an interim production of records determined to be responsive to Plaintiff's request.

The National Archives and Records Administration ("NARA") provided Plaintiff its final response to his FOIA request on January 26, 2023.

The Federal Bureau of Investigation ("FBI") sent Plaintiff an interim response to his FOIA request on January 26, 2023. The FBI's search remains ongoing. For processing during the next 30 days, the FBI currently has approximately 380 pages of potentially responsive records that have been returned by its searches.

Respectfully submitted this 27th day of January, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for Defendants*

*/s/ Josh Loevy*
JOSH LOEVY, D.C. Bar #IL0105
MATTHEW TOPIC, D.C. Bar #IL0037
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiffs*